Law Offices
of
# MALLON & TRANGER

**Thomas J. Mallon**
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*
**Randall L. Tranger**

**Thomas M. Waddleton**
*Paralegal*

86 Court Street
Freehold, NJ 07728
TEL: (732) 780-0230 FAX: (732) 780-5002

Other Locations:
Pt. Pleasant & Toms River

**VIA ECF**

September 16, 2024

Chambers of the Honorable Rukhsanah L. Singh, USMJ
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & US Courthouse
402 East State Street Trenton, NJ 08608

**Re: Ramirez v. City of Trenton, et als.**
**Civil Action#: 21-10283 (RK-RLS)**

Dear Judge Singh:

Please accept the following joint submission outlining the status of discovery in this matter. Fact discovery is set to close on 9/30/24.

Plaintiff's continuation deposition was adjourned and has to be rescheduled.

We are in the process of scheduling the deposition of New Jersey Parole Board Detective Timothy Healey. He was a member of the US Marshal's Service Fugitive Task Force on the date of the incident and according to the deposition testimony of Detectives Johnson and Masseroni, he was involved in Plaintiff's arrest.

We are in the process of scheduling the deposition of Trenton Internal Affairs Detective Otis Wood, who investigated Defendant Dzurkoc's subsequent Internal Affairs Complaints.

We are also awaiting the Court's decision on the Department of Justice's Motion to Vacate and Quash Defendant Dzurkoc's Subpoena seeking the status of the DOJ's investigation into his client's conduct in Plaintiff's arrest. Once that issue is resolved, we will be in a position to schedule the deposition of Defendant Dzurkoc.

Respectfully submitted,
*/s/ Thomas J. Mallon*
THOMAS J. MALLON

TJM/tmw